**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **DONALD D. LEE,** | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION 1:18-00187-KD-MU |
| | ) | |
| **MARY COOKS (Warden),** | ) | |
| Respondent. | ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated November 12, 2020 is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner Donald D. Lee's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED** as time-barred under Section 2244(d). Alternatively, Petitioner Donald D. Lee is not entitled to any relief in this Court because he has procedurally defaulted his claims pursuant to O'Sullivan v. Boerckel, 526 U.S. 838, 842 (1999).

Further, Petitioner Donald D. Lee is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the **12th** day of **January 2021.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**