IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DONALD D. LEE, ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION 1:18-00187-KD-MU |
| ) | |
| MARY COOKS (Warden), ) | |
| Respondent. ) | |

**JUDGMENT**

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that Petitioner Donald D. Lee's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED** as time-barred under Section 2244(d). Alternatively, Petitioner Donald D. Lee is not entitled to any relief in this Court because he has procedurally defaulted his claims pursuant to O'Sullivan v. Boerckel, 526 U.S. 838, 842 (1999).

Further, Petitioner Donald D. Lee is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the **12th** day of **January 2021.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**